**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00478-SKC

MOUSSA KOMARA,

    Petitioner,

v.

PAMELA J. BONDI, Attorney General,
KRISTI L. A. NOEM, Secretary, U.S. Department of Homeland Security,
TODD M. LYONS, Acting Director of Immigration and Customs Enforcement,
DAREN K. MARGOLIN, Director for Executive Office for Immigration Review,
ROBERT HAGAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, and
JUAN BALTAZAR, Warden, Denver Contract Detention Facility, Aurora, Colorado,

    Respondents.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Orders (ECF Nos. 11 and 14) entered by U.S. District Judge S. Kato Crews, it is

    ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 (ECF No. 1) is GRANTED.  It is

    FURTHER ORDERED that to the extent Petitioner's counsel seeks an award of attorney's fees, he must file a separate motion for fees that complies with the Federal Rules of Civil Procedure and the Local Rules of Practice for this District.  It is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 27th day of February, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/C. Pearson, Deputy Clerk